UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE TOBIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF PRISONS, et al.,<br><br>    Defendants. | 1:07-cv-01790 LJO WMW (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>**OR** PAY FILING FEE<br><br>(DOCUMENT #1) |

     Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

     2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   December 17, 2007**          **/s/  William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE