IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE A. TOBIAS,

      Plaintiff,           CV F 07 1790 LJO WMW PC

  vs.                     ORDER DISMISSING ACTION

U.S. BUREAU OF PRISONS, et al.,

      Defendants.

      Plaintiff is a federal prisoner proceeding pro se in a civil rights action.  This action was initiated by civil complaint filed on December 10, 2007.  On February 5, 2008, an order was entered, directing the California Department of Corrections and Rehabilitation to collect and forward to the court the $350 filing fee from Plaintiff's inmate trust account.  Plaintiff is a federal prisoner, and is not in the custody of the California Department of Corrections and Rehabilitation.  The order should have been directed to the U.S. Bureau of Prisons.

      On February 29, 2008, Plaintiff filed a motion to dismiss this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff may dismiss this action without prejudice so long as a responsive pleading has not been filed.  There has been no service of process, and no defendant has entered an appearance.  Plaintiff indicates that he seeks to stop all withdrawals from his inmate trust account.  Due to clerical error, the U.S. Bureau of Prisons has

not been directed to collect the filing fee from Plaintiff's inmate trust account.  Because Plaintiff is voluntarily dismissing this action, the Court will not order the Bureau of Prisons to collect the filing fee from Plaintiff's trust account.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    March 11, 2008**               /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE